# EXHIBIT A

Authorization

Date: _____

عبدالله مصر محمد رجعي السبيعي

My name is Abdullah . M. AL-sopai . I am acting as next friend for my Barther , whose name is Abdalhadi . M. AL-sopai , a citizen of SAUDI , who is being held in Guantánamo Bay.

عبدالهادي مصر السبيعي

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____
Print Name: Abdullah . M. AL-sopai

Witnessed by: _____
Print Name: Nizar Moh'd Ali

EXHIBIT A