IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDALHADI M. AL-SOPAI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1667 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2005, copies of the foregoing were transmitted via Federal Express and e-mail to counsel for petitioner:

> Jeffrey D. Colman
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611-7603
> Tel (312) 923-2940
> JColman@jenner.com

  /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.   Room 7226
Washington, DC  20530
Tel.:  (202) 514-3338
Fax:  (202) 616-8202

One of the Attorneys for Respondents