# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | No. 1:05 CV 01667 (RBW) |

## ORDER

The Court, having considered Petitioner's Motion for Leave to Modify Caption and Amend Petition for Writ of Habeas Corpus, hereby grants Petitioner's Motion.

IT IS HEREBY ORDERED that the caption is MODIFIED by substituting "Abdul-Hadi Muhammad Al-Siba'i" for "Abdalhadi M. Al-Sopai" and "Abdullah Muhammad Al-Siba'i" for "Abdullah M. Al-Sopai," and

IT IS FURTHER ORDERED that Petitioner's proposed amended petition, attached to the motion as an exhibit, is hereby deemed FILED as of the date of this order.

DATED: _____, 2005

Entered:

_____