IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,[1] <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | No. 1:05 CV 01667 (RBW) |

## PETITIONER'S MOTION FOR AN ORDER TO SHOW CAUSE

Petitioner Abdul-Hadi Muhammad Al-Siba'i ("Petitioner"), together with his Next Friend Abdullah Muhammad Al-Siba'i, as co-Petitioner, by their counsel, request this Court to issue an order to show cause why a writ of *habeas corpus* should not be granted. In essence, Petitioner seeks a factual return.

As set forth more fully in the accompanying memorandum of law, Petitioner's counsel are informed and believe that Respondents have detained Petitioner for approximately four years and have already evaluated his status. Respondents should need no more time to provide the factual basis for their decision to detain Petitioner. In at least 26 other Guantánamo detainee cases, nine Judges of this District have required Respondents to provide factual returns. In *Battayav v. Bush*, No. 05-0714 (May 18, 2005), Your Honor conditioned the issuance of a stay on the Respondents' providing a factual return within 120 days. Here, we respectfully request

---

[1] Petitioners' names were previously misspelled "Abdalhadi M. Al-Sopai" and "Abdullah M. Al-Sopai," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have notified Respondents' counsel of the correct spelling and have filed a motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

that a factual return be produced to us within 30 days, or on a date certain within a reasonable time, so counsel may be more informed of the facts in communicating with our client.

Respondents have filed a motion to stay this litigation. Petitioner is agreeable to entry of a stay as long as certain conditions are imposed by the Court. Among other matters, Respondents should be required to file and serve a factual return so Petitioner's counsel will be able to obtain information that will assist counsel's communications with Petitioner and so this case may proceed expeditiously if and when the stay is lifted.

In accordance with LCvR 7(m), counsel for Petitioner discussed this motion with counsel for Respondents, and counsel for Respondents confirmed in a letter dated November 8, 2005 that Respondents object to the requested relief.

For all the reasons stated above and in the accompanying memorandum of law, Petitioner's Motion for an Order to Show Cause should be granted.

Respectfully submitted,

| | |
|---|---|
| ___/s/ Daniel Mach_____ <br> One of the Attorneys for Petitioner | Dated: November 21, 2005 |
| Thomas P. Sullivan <br> Jeffrey D. Colman <br> David J. Bradford <br> Patricia A. Bronte <br> Wade A. Thomson <br> Maya D. Nath <br> JENNER & BLOCK LLP <br> One IBM Plaza <br> Chicago, IL 60611 <br> Tel: (312) 923-9350 <br> Fax: (312) 527-0484 | Daniel Mach (Admitted in D.D.C.) <br> JENNER & BLOCK LLP <br> 601 Thirteenth Street, N.W., Suite 1200 <br> Washington, D.C. 20005-3823 <br> Tel: (202) 639-6000 <br> Fax: (202) 639-6066 |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499