IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | No. 1:05 CV 01667 (RBW) |

## [DRAFT] ORDER TO SHOW CAUSE

Having considered Petitioner's Motion for an Order to Show Cause and any response and reply thereto, the Court hereby

ORDERS that the Motion is GRANTED, and

IT IS FURTHER ORDERED that Respondents shall file and serve upon Petitioner's counsel a factual return relating to Petitioner on or before _____.

Dated:_____, 2005

_____
United States District Judge

CHICAGO_1339198_1