IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,** )<br>)<br>)<br>) | |
| **Petitioners,** ) | |
| ) | |
| v. ) | No. 1:05 CV 01667 (RBW) |
| ) | |
| **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** )<br>)<br>)<br>) | |
| **Respondents.** ) | |

## [DRAFT] ORDER REGARDING NOTICE OF TRANSFER

Having considered Petitioner's Motion for Order Regarding Notice of Transfer (the "Motion") and any response and reply thereto, the Court hereby

ORDERS that the Motion is GRANTED, and it is further

ORDERED that Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual of implicit knowledge of this Order by personal service or otherwise, SHALL

(A)     Provide the Court and counsel for Petitioner with 30 days' advance notice of any transfer of Petitioner from Guantánamo to a foreign country; or

(B)     Submit a declaration to the Court advising the Court of any transfer of this Petitioner and certifying that any such transfer or repatriation was not made for the purpose of merely continuing Petitioner's detention on behalf of the United States or for the purpose of extinguishing this Court's jurisdiction over the Petitioner's action for *habeas corpus* relief for a

2

reason unrelated to the decision that the Petitioner's detention is no longer warranted by the United States; and it is further

ORDERED that this Order shall remain in effect until the final resolution of Petitioner's *habeas* claim unless otherwise modified or dissolved.


Dated:_____, 2005


_____
United States District Judge

2