# Exhibit F

**DECLARATION OF PATRICIA A. BRONTE**

I, Patricia A. Bronte, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and a partner in the Chicago office of Jenner & Block LLP. I am one of the attorneys for the petitioners in *Al-Bahooth v. Bush,* 1:05 CV 01666 (ESH); *Al-Siba'i v. Bush,* 1:05 CV 01667 (RBW); *Al-Uwaidah v. Bush,* 1:05 CV 01668 (GK); and *Al-Jutaili v. Bush,* 1:05 CV 01669 (RWR).

2. On November 8, 2005, my partner and co-counsel on these cases, Jeffrey D. Colman, sent an e-mail to Respondents' counsel inquiring, among other things, whether Respondents would agree, as a condition of the stay of proceedings, to provide 30 days' advance notice of any intent to remove the above-named Petitioners from Guantánamo.

3. By letter dated November 8, 2005, Respondents' counsel stated that Respondents could not agree to Petitioners' request for advance notice.

4. On November 10, 2005, I spoke by telephone with Andrew Warden, one of Respondents' attorneys. I asked Mr. Warden whether Respondents were presently considering or intending to remove Petitioners from Guantánamo. Mr. Warden said that he did not know, but in any event, Respondents were opposing all motions by detainees seeking this type of information.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

*/s/ Patricia A. Bronte*
Patricia A. Bronte

Dated: November 18, 2005

CHICAGO_1339607_1