IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I, )<br><br>**Petitioners,**<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>**Respondents.** | No. 1:05 CV 01667 (RBW) |

## [DRAFT] ORDER GRANTING STAY OF PROCEEDINGS

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, Petitioner's Limited Opposition to Respondents' Motion, and any reply, the Court hereby

ORDERS that the Motion is GRANTED IN PART AND DENIED IN PART; these proceedings are stayed pending the decision of the Court of Appeals for the District of Columbia in *In re Guantánamo Bay Detainee Cases*, 355 F. Supp. 2d 443 (D.D.C. 2005), and *Khalid v. Bush*, *Boumediene v. Bush*, 335 F. Supp. 2d 311 (D.D.C. 2005), provided that (1) this stay shall not prevent Petitioner from seeking emergency relief from the Court in appropriate circumstances, such as when issues arise relating to counsel's access to Petitioner or the designation of documents or information as classified, and (2) Respondents' representations in other cases and the ruling in *Al-Marri v. Bush*, No. 04-2035, at 1-2 (D.D.C. Mar. 7, 2005) render unnecessary the entry of an order for the preservation of documents; and it is further

ORDERED that, as a condition of the stay of proceedings, Respondents shall:

(a)     File and serve a factual return within 30 days; and

2

(b)     In the event Respondents remove Petitioner from Guantanamo Bay, Respondents are to provide the Court with a declaration that any such transfer or repatriation of Petitioner was not made for the purpose of merely continuing the Petitioner's detention on behalf of the United States or for the purpose of extinguishing this Court's jurisdiction over the Petitioner's action for *habeas corpus* relief for a reason unrelated to the decision that the Petitioner's detention is no longer warranted by the United States.

Paragraph (b) above shall remain in effect until the Petition for Writ of *Habeas Corpus* in adjudicated on the merits.

IT IS FURTHER ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004; and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, shall apply in this case.

IT IS FURTHER ORDERED that Petitioners' counsel shall treat information designated by Respondents as "protected" under the Amended Protective Order as "protected information" under the Amended Protective Order pending further order of this Court.

Dated:_____, 2005

_____
United States District Judge

CHICAGO_1339323_4