IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,[1]<br><br>        Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>        Respondents. | No. 1:05 CV 01667 (RBW) |

**PETITIONER'S REPLY IN SUPPORT OF
MOTION FOR AN ORDER TO SHOW CAUSE**

Petitioner Abdul-Hadi Muhammad Al-Siba'i respectfully seeks an order requiring Respondents to file and serve a factual return within 30 days or on a date certain within a reasonable time after the order's entry. As set forth in Petitioner's motion and memorandum in support, nine Judges of this District, including Your Honor, have already ordered the same relief in 27 cases involving Guantánamo detainees. See Petr. Br. at 1-2; *Ahmed v. Bush*, No. 05-1678 (GK) (Dec. 7, 2005).

Respondents have filed a motion to stay this case pending the resolution of certain legal issues by the Court of Appeals for the District of Columbia. Petitioner has already indicated that he is amenable to this stay, and seeks only to preserve the status quo and to obtain the factual return that Respondents should already have provided to Petitioner's counsel. In *Battayav v. Bush*, No. 05-0714 (May 18, 2005), Your Honor ordered a factual return and granted

---

[1] Petitioners' names were previously misspelled "Abdalhadi M. Al-Sopai" and "Abdullah M. Al-Sopai," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have filed a motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

Respondents' motion for a stay. In *Battayav*, Respondents made the same arguments against factual returns that they re-assert now.[2] Because Your Honor correctly rejected Respondents' arguments then, Petitioner will not burden the Court by re-hashing them again now, but will briefly address Respondents' renewed arguments.[3]

<u>First</u>, Respondents renew their argument that a factual return during a stay is wasteful because it may ultimately be unnecessary. Resp. Br. at 6. Your Honor already rejected this argument in *Battayav* and instead agreed with Judges Bates' holding in *Al-Anazi v. Bush*, No. 05-345, 370 F. Supp. 2d 188, 199-200 (D.D.C. Apr. 21, 2005), where he noted that "[a]lthough the Court is sensitive to the concerns of respondents, the factual returns appear necessary for petitioners' counsel effectively to represent petitioners. Indeed, even initial conversations by counsel with their clients may be very difficult without access to that basic factual information." Moreover, in discussing judicial efficiency, Respondents ignore Petitioner's situation and Petitioner's rights. Petitioner has been held virtually incommunicado for approximately four years and has yet to meet with his counsel. Such a long period of isolation itself presents a formidable obstacle to establishing a rapport with counsel. Additional delays and obstacles would worsen an already bad situation.

<u>Second</u>, Respondents renew their argument that a factual return during a stay is burdensome and that they should have 90 to 120 days to produce the factual return in this case. In *Battayav*, Your Honor gave Respondents 120 days to produce the factual return. In *Al-*

---

[2] For example, compare Respondents' arguments that providing factual returns during a stay is unnecessary and burdensome in their opposition brief in this matter at pp. 6-7, with Respondents' argument on the same issues in their Motion to Stay Proceedings in *Battayav* at pp. 12-13, filed on April 13, 2005.

[3] Although counsel for Petitioner believe that Respondents' opposition is untimely, we expect that the Court will rule on the merits.

2

*Mohammed v. Bush,* No. 05-00247 (Apr. 30, 2005), Judge Kennedy granted a stay and ordered factual returns within 45 days. Judge Richard Roberts granted Respondents' motions for stay and ordered factual returns within 30 days after entry of the relevant protective orders in *Ahmed v. Bush*, No. 05-665, 2005 U.S. DIST. LEXIS 14024, at *5 (D.D.C. July 8, 2005), *Adem v. Bush*, No. 05-723 (June 6, 2005), *Al Daini v. Bush*, No. 05-634 (June 6, 2005), *El-Banna v. Bush*, No. 05-1144 (Apr. 8, 2005), *Abdullah v. Bush*, No. 05-23 (Apr. 8, 2005), and *Al Rashaidan v. Bush*, No. 05-586 (Apr. 8, 2005). Despite having only 30 days to comply in those cases, Respondents were able to provide factual returns. Indeed, in *Abdullah,* Respondents submitted factual returns within a week of the order. Petitioner respectfully requests that this Court give Respondents 30 days to produce the factual return in this case.

As discussed in Petitioner's opening memorandum, Respondents have had years to evaluate Petitioner's "enemy combatant" status, have already concluded the status hearings, have had numerous occasions to interrogate Petitioner, and are well aware of the factual bases that allegedly support his continued imprisonment. Petr. Br. at 5-6. Moreover, considering that Petitioner's habeas claims were filed on August 22, 2005, and Petitioner's counsel originally broached the subject of Respondents providing a factual return as a condition to the stay on November 8, 2005, Respondents already had ample time to prepare the factual return. The additional 90 to 120 days that Respondents request is not reasonable.

## CONCLUSION

For the reasons underlying this Court's prior decision in *Battayav* and for the reasons set forth above and in Petitioner's Motion and Memorandum in Support, Petitioner Abdul-Hadi Muhammad Al-Siba'i respectfully requests that this Court issue an order to show cause,

3

CHICAGO_1345383_2

returnable by Respondents within 30 days or on a date certain within a reasonable time after issuance of the order.

Respectfully submitted,

___/s/ Daniel Mach_____     Dated: December 9, 2005
One of the Attorneys for Petitioner

Thomas P. Sullivan                        Daniel Mach (Admitted in D.D.C.)
Jeffrey D. Colman                         JENNER & BLOCK LLP
David J. Bradford                         601 Thirteenth Street, N.W., Suite 1200
Patricia A. Bronte                        Washington, D.C. 20005-3823
Wade A. Thomson                           Tel: (202) 639-6000
Maya D. Nath                              Fax: (202) 639-6066
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

4

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioner's Reply in Support of Motion for an Order to Show Cause was served upon the following person by e-mail and First Class U.S. Mail on the 9th day of December, 2005:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

          _____/s/ Daniel Mach_____
          Daniel Mach