# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLA ALI BIN ALI AHMED, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 05-1678 (GK) |

O R D E R

This matter is before the Court on Respondents' Motion to Stay [#13]. Upon consideration of the Motion, Opposition, and Reply, and the entire record herein, it is hereby

**ORDERED** that Respondents' Motion to Stay, [#13], is **granted in part,** and this case is stayed pending resolution of the appeals in Khalid v. Bush, 04-1142, and In re Guantanamo Detainee Cases, 02-299; it is further

**ORDERED** that the stay shall not prevent the parties from filing motions for emergency relief, if necessary; it is further

**ORDERED** that the Protective Orders attached to Respondents' Motion as Exhibits A, B, and C, be issued in this case; it is further

**ORDERED** that the Preservation Order entered in this case on November 16, 2005 remain in effect during the pendency of the stay; it is further

**ORDERED** that Respondents must provide 30-days notice, to the Court and opposing counsel, of any transfer of Petitioners from

the United States Naval Base at Guantanamo Bay, Cuba; it is further

**ORDERED** that Respondents shall submit factual returns within 90 days of the issuance of this Order; and it is further

**ORDERED** that Petitioners' request that the Government immediately provide certain information related to their clients' health, participation in the hunger strike, classification as an "enemy combatant," and identification number, is **denied**.

_____            __/s/_____
                                          GLADYS KESSLER
                                          United States District Judge

December 7, 2005

**Copies to:** Attorneys of record via ECF

2