UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDALHADI M. AL-SOPAI, et al.,           )
                                          )
       Petitioners,                       )
                                          )    Civil Action No. 05-1667 (RBW)
GEORGE WALKER BUSH, et al.,              )
                                          )
       Respondents.                       )
_____)

## ORDER

Upon the parties' request, it is, this 3rd day of January, 2006, hereby

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in In re Guantanamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in In re Guantanamo Detainee Cases, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in In re Guantanamo Detainee Cases, shall also apply to this case.

       **SO ORDERED.**

       REGGIE B. WALTON
       United States District Judge