IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL-HADI MUHAMMAD AL-SIBA'I, by and )
through his next friend, ABDULLAH MUHAMMAD )
AL-SIBA'I,[1] )
)
        Petitioners, )
)
v. )  No. 1:05 CV 01667 (RBW)
)
GEORGE W. BUSH, DONALD RUMSFELD, ARMY )
BRIG. GEN. JAY HOOD, and ARMY COL. MIKE )
BUMGARNER, )
)
        Respondents. )

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Thomas P. Sullivan and Jeffrey D. Colman in the above-captioned matter, copies of which are attached hereto.

Respectfully submitted,

  /s/ Daniel Mach                          Dated: January 4, 2006
One of the Attorneys for Petitioner

Thomas P. Sullivan                      Daniel Mach (Admitted in D.D.C.)
Jeffrey D. Colman                       JENNER & BLOCK LLP
David J. Bradford                       601 Thirteenth Street, N.W., Suite 1200
Patricia A. Bronte                      Washington, D.C. 20005-3823
Wade A. Thomson                    Tel: (202) 639-6000
Maya D. Nath                          Fax: (202) 639-6066
JENNER & BLOCK LLP
One IBM Plaza

---

[1] Petitioners' names were previously misspelled "Abdalhadi M. Al-Sopai" and "Abdullah M. Al-Sopai," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have filed a motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Thomas P. Sullivan and Jeffrey D. Colman were served upon the following person by e-mail on the 4th day of January, 2006:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

/s/ Daniel Mach

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,[1] <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, <br><br> Respondents. | No. 1:05 CV 01667 (RBW) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly

---

[1] Petitioners' names were previously misspelled "Abdalhadi M. Al-Sopai" and "Abdullah M. Al-Sopai," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have filed a motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

CHICAGO_1354330_1

authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdalhadi M. Al-Sopai v. George W. Bush, No. 05-cv-1667 (RBW).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Abdalhadi M. Al-Sopai v. George W. Bush, No. 05-cv-1667 (RBW), and I agree to comply with the provisions thereof.

_____     1-4-06
                                    Date

_____     1-4-06
                                    Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,[1]<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01667 (RBW) |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdalhadi M. Al-Sopai v. George W. Bush, No. 05-cv-1667 (RBW), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that

---

[1] Petitioners' names were previously misspelled "Abdalhadi M. Al-Sopai" and "Abdullah M. Al-Sopai," respectively, on Petitioner's original petition for writ of *habeas corpus*. Counsel for Petitioner have filed a motion to modify caption and for leave to amend petition for writ of *habeas corpus* to reflect the correct English spellings of these names.

failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 1-4-06            BY: Thomas P. Sullivan
                              (type or print name)

                         SIGNED: /s/ Thomas P. Sullivan

DATED: 1-4-06            BY: Jeffrey D. Colman
                              (type or print name)

                         SIGNED: /s/ Jeffrey D. Colman

2

CHICAGO_1354335_1