## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH | ) ) ) | |
| | ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 1:05 CV 01666 (ESH) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) | |
| Respondents. | ) ) | |

_____

| | | |
|---|---|---|
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I, | ) ) ) | |
| | ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No.  1:05 CV 01667 (RBW) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) | |
| Respondents. | ) ) | |

_____

| | | |
|---|---|---|
| RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH, | ) ) | |
| | ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 1:05 CV 01668 (GK) |
| GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER, | ) ) ) ) | |
| Respondents. | ) ) | |

_____

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** | ) |
| | ) |
| **Petitioners,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GEORGE W. BUSH, President of the United States,** | )    No.  05 CV 01669 (TFH) |
| **et al.,** | ) |
| | ) |
| **Respondents.** | ) |
| | ) |
| | ) |
| | ) |

## ATTORNEY APPEARANCE

Undersigned counsel, David W. DeBruin, hereby enters his appearance as one of the

counsel for Petitioners in the above-captioned cases.


Respectfully submitted,

___/s/ David W. DeBruin_____    Dated:  January 24, 2006
One of the Attorneys for Petitioner

Thomas P. Sullivan                    David W. DeBruin (DDC Bar No. 337626)
Jeffrey D. Colman                     Daniel Mach
David J. Bradford                     JENNER & BLOCK LLP
Patricia A. Bronte                    601 Thirteenth Street, N.W., Suite 1200
Wade A. Thomson                       Washington, D.C.  20005-3823
Maya D. Nath                          Tel: (202) 639-6000
JENNER & BLOCK LLP                    Fax: (202) 639-6066
One IBM Plaza
Chicago, IL  60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Attorney Appearance of David W.

DeBruin was served upon the following person by e-mail and ECF on the 24th day of January,

2006:

        Preeya M. Noronha
        Trial Attorney
        Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., NW
        Washington, DC  20530
        email: preeya.noronha@usdoj.gov

                _____/s/ David W. DeBruin_____