# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH<br><br>      Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>      Respondents. | No. 1:05 CV 01666 (ESH) |
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,<br><br>      Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>      Respondents. | No. 1:05 CV 01667 (RBW) |
| RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH,<br><br>      Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>      Respondents. | No. 1:05 CV 01668 (GK) |

|  |  |  |
|---|---|---|
| **FAHAD SALEH ALGATELE et al.,** | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GEORGE W. BUSH, President of the United States, et al.,** | ) | No. 05 CV 01669 (TFH) |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF ATTORNEY WITHDRAWAL

Undersigned counsel, Daniel Mach, hereby withdraws as one of the counsel for Petitioners in the above-captioned cases.

Respectfully submitted,

___/s/ Daniel Mach_____          Dated: January 25, 2006
One of the Attorneys for Petitioner

Thomas P. Sullivan                                    David W. DeBruin (DDC Bar No. 337626)
Jeffrey D. Colman                                     Daniel Mach
David J. Bradford                                     JENNER & BLOCK LLP
Patricia A. Bronte                                    601 Thirteenth Street, N.W., Suite 1200
Wade A. Thomson                                       Washington, D.C. 20005-3823
Maya D. Nath                                          Tel: (202) 639-6000
JENNER & BLOCK LLP                                    Fax: (202) 639-6066
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Attorney Withdrawal of Daniel Mach was served upon the following person by e-mail and ECF on the 25th day of January, 2006:

>Preeya M. Noronha
>Trial Attorney
>Civil Division
>Federal Programs Branch
>20 Massachusetts Ave., NW
>Washington, DC  20530
>email: preeya.noronha@usdoj.gov

>   ___/s/ Daniel Mach_____