IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDALHADI M. AL-SOPAI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <u>et al.</u>, <br><br> Respondents. | Civil Action No. 05-CV-1667 (RBW) |

**RESPONDENTS' NOTICE OF TRANSFER OF
PETITIONER ABDUL-HADI MUHAMMED AL-SIBA'I**

Respondents hereby provide notice that with respect to petitioner Abdul-Hadi Muhammed Al-Siba'i (INS 064), the United States has relinquished custody and petitioner has been transferred to the control of the Government of the Kingdom of Saudi Arabia, consistent with United States' policies and practices pertaining to transfers for continued detention, investigation, and/or prosecution as the transferee country deems appropriate. These policies and practices are outlined in the declarations of Ambassador Pierre-Richard Prosper and Deputy Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman previously filed in this or other Guantanamo Bay detainee habeas cases pending in this Court, copies of which are attached as Exhibits A and B.[1]

---

[1] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and practices set forth in their prior declarations remain in effect and are applicable to the instant case, while certain numerical information regarding numbers of transfers in the declarations is subject to updating.

Dated: May 23, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel


      /s/ James J. Schwartz
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8460

Attorneys for Respondents