IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULLAH M. AL-SOPAI, *et al.* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-1667 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, | ) | |
| | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER

Pursuant to the Court's June 20, 2008 Order (dkt. no. 35), undersigned counsel for petitioner and respondents jointly state as follows:

1)    Petitioner Abdullah M. Al-Sopai (Internment Serial Number 64) is the sole detainee-petitioner in this habeas corpus case.

2)    Petitioner Al-Sopai is no longer detained at Guantanamo Bay.  In May 2006, the United States relinquished custody of petitioner Al-Sopai and transferred him to the control of the Government of the Kingdom of Saudi Arabia.

3)    No duplicate habeas petitions have been filed on behalf of petitioner Al-Sopai.

Dated:  June 27, 2008                                  Respectfully Submitted,


By: _____/S/_____                     _____/S/_____
Thomas P. Sullivan                                        Andrew I. Warden
Jenner & Block LLP                                        United States Department of Justice
330 N. Wabash Avenue                                 Civil Division, Federal Programs Branch
Chicago, IL                                                    20 Massachusetts Ave., NW, Rm. 7332
Tel: (312) 923-2928                                       Washington, D.C.  20530
                                                                   Tel:  (202) 616-5084


Attorney for Petitioner                                   Attorney for Respondents