**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AL-SOPAI, ) | |
| ) | |
|     *Petitioner,* ) | |
| ) | |
| v. ) | No. 1:05 CV 1667 (RBW) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
|     *Respondents.* ) | |

**NOTICE OF FILING**

Please take notice that on June 27, 2008, counsel filed Petitioner Abdal Hadi M. al-Suba'i's (a.k.a. Al-Sopai) Supplement to Joint Status Report with the Court Security Officer pursuant to the terms of the Protective Order.

Dated: June 27, 2008                                             Respectfully submitted,

                                                                          /s/ Thomas P. Sullivan
                                                                          One of the Attorneys for the Petitioner

                                                                          Thomas P. Sullivan
                                                                          Douglas A. Sondgeroth
                                                                          JENNER & BLOCK LLP
                                                                          330 North Wabash Avenue
                                                                          Chicago, IL  60611
                                                                          Tel: (312) 923-2928
                                                                          Fax: (312) 840-7705

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I caused the foregoing Notice of Filing to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, DC 20530

>/s/ Thomas P. Sullivan
>Thomas P. Sullivan
>JENNER & BLOCK LLP
>330 North Wabash Avenue
>Chicago, IL 60611
>Tel: (312) 923-2928
>Fax: (312) 840-7705