Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdal Hadi M. Al-Sopai,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) No. 1:05-cv-1667 (RBW) |
| | ) |
| **GEORGE W. BUSH, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

### PETITIONER'S SUPPLEMENT
### TO JOINT STATUS REPORT

Petitioner Abdul Hadi Muhammad Al-Siba'i (a.k.a. Abdal Hadi M. Al-Sopai) ("Petitioner"), by and through undersigned counsel, hereby respectfully submits this Supplement to the Joint Status Report the parties filed in this matter on June 27, 2008, pursuant to this Court's order of June 20, 2008, in which the Court requested a report to "update[e] the Court as to the status of . . . the petitioner[] in this case." Petitioner submits this supplement to the Report to provide additional information as to the status of the Petitioner and the Respondents have stated that they do not oppose the Petitioner's filing of this Supplement. In addition to the information stated in the Report, Petitioner states as follows:

1.  Petitioner was incarcerated by the United States military at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo") beginning in approximately 2002.

2.  Petitioner's incarceration was ostensibly based on a purported determination by a Combatant Status Review Tribunal ("CSRT") that Petitioner was an "enemy combatant." A transcript of Petitioner's CSRT hearing is attached to this Response as Exhibit A. A cursory

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

view of the transcript reflects that the CSRT was a sham. In his CSRT, Petitioner was not allowed to consult with a lawyer or have a lawyer represent him. Petitioner was not allowed to see the evidence upon which the government purportedly based its finding that he was an enemy combatant. He also was provided no opportunity to respond to that evidence. In short, in his CSRT Petitioner was not afforded rights to which defendants are entitled under the United States Constitution and the laws of the United States.

3.   While he was incarcerated, Petitioner was denied contact with the outside world. His mail communication was restricted. He was not permitted to speak with others via telephone. Petitioner was not allowed to work and had no income.

4.   On August 22, 2005, a petition for *habeas corpus* was filed on Petitioner's behalf in this Court to require the government to present evidence to justify his continued imprisonment. *Al- Sopai v. Bush, et al.*, 05-1667 (D.D.C.).

5.   On May 23, 2006, Respondents filed a notice in this case stating that Petitioner had been transferred from Guantánamo to the Kingdom of Saudi Arabia and was no longer in the custody of the United States.

6.   Petitioner was transferred without notice to his lawyers, without explanation, without apology, and without compensation for the years of unnecessary, incommunicado confinement in a small cage to which he was subjected by the United States government

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

7. Petitioner continues to reserve all rights and remedies available to him under the Constitution of the United States, the laws and treaties of the United States, and international law due to his imprisonment by the United States government.

Respectfully submitted,

By:   /s/ Thomas P. Sullivan
      One of the Attorneys for Petitioner
      Thomas P. Sullivan
      JENNER & BLOCK LLP
      330 North Wabash Avenue
      Chicago, Illinois 60611
      T: (312) 222-9350
      F: (312) 527-0484
      Email: tsullivan@jenner.com

Dated: June 27, 2008

Filed with CSO on June 27, 2008
Cleared for public filing by the DOJ on June 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, I filed and served the foregoing Petitioner's Supplement to Joint Status Report, previously filed with the CSO and cleared for public filing by the DOJ, to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

    /s/ Thomas P. Sullivan
Thomas P. Sullivan
One of the Attorneys for Petitioner
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350
Fax.: (312) 527-0484
Email: tsullivan@jenner.com