# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-444 (TFH) |
| PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Civ. Action No. 05-CV-1667 (RBW) |

## PETITIONER AL-SIBA'I'S (A.K.A. AL SOPAI'S) STATUS REPORT

Pursuant to this Court's order of July 3, 2008, Counsel for Petitioner Abdul Hadi Muhammad Al-Siba'i (a.k.a. al Sopai), ISN #64 ("Petitioner"), respectfully submit this status report.

1. Petitioner states that on June 27, 2008, in response to an order from Judge Reggie B. Walton in Case No. 05-1667 (RBW), the Petitioner and the Respondents filed a joint status report in this matter attached hereto as Exhibit 1.

2. Also on June 27, 2008, Petitioner filed his own supplement to the joint status report to provide additional information related to this case.

3. Counsel for petitioner is not aware of any material changes to this case since the joint status and the supplement were filed on June 27, 2008.

- 2 -

Dated:   July 14, 2008                              Respectfully submitted,


                                                    ____/s/ Thomas P. Sullivan_____
                                                    One of the Attorneys for Petitioner

                                                    Thomas P. Sullivan
                                                    Douglas A. Sondgeroth
                                                    JENNER & BLOCK LLP
                                                    330 N. Wabash Avenue
                                                    Chicago, IL  60611
                                                    Tel: (312) 923-9350
                                                    Fax: (312) 527-0484

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I caused the foregoing Petitioner Al-Siba'i's (a.k.a. al Sopai's) Status Report to be filed and served electronically to the counsel of record in the above-captioned matter via the CM/ECF system.

                                                    /s/ Thomas P. Sullivan
                                                    Thomas P. Sullivan
                                                    One of the Attorneys for Petitioner
                                                    JENNER & BLOCK LLP
                                                    330 N. Wabash Avenue
                                                    Chicago, IL 60611
                                                    Tel.: (312) 222-9350
                                                    Fax.: (312) 527-0484
                                                    Email: tsullivan@jenner.com